**TRANSFER ORDER DECLINED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lazaro Maldonado Bautista, et al., | **CASE NUMBER** |
| PLAINTIFF(S) | 5:25-cv-01873-SSS-BFM |
| v. | |
| Ernesto Santacruz Jr, et al., | **ORDER RE TRANSFER (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____    _____
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases do not arise from the same events and the similar legal issues and questions would not entail a substantial duplication of labor.

July 24, 2025                                     /s/ Otis D. Wright (signature)
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  5:25-cv-01789-ODW-DFM  and the present case:

**TRANSFER ORDER DECLINED**

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials  ODW-DFM  after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [x] Previous Judge  [ ] Statistics Clerk
CV-34 (06/23)                             ORDER RE TRANSFER (Related Cases)