UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAZARO MALDONADO BAUTISTA, et al.,<br><br>            Petitioners,<br>    v.<br>ERNESTO SANTACRUZ, JR., et al.,<br><br>            Respondents. | No. 5:25-cv-01873-SSS-BFM<br><br>**ORDER REQUIRING RESPONSE TO PETITION (FEDERAL CUSTODY)** |

      Petitioners have filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. To facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED**:

      1.    Respondent shall file an answer to the Petition **no later than August 25, 2025**. At the time the response is filed, Respondent shall lodge with the Court all records bearing on Petitioner's claims.

      2.    Petitioners shall file a traverse/reply, if any, within thirty days of the date of service of the motion to dismiss. At the time the reply, Petitioner shall lodge with the Court any records not lodged by Respondent that Petitioner believes may be relevant to the Court's determination of the motion.

3. A request by a party for an extension of time within which to file any of the pleadings required hereunder will be granted only upon a showing of good cause, and should be made in advance of the due date of the pleading. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed form of order granting the requested extension. Such requests shall also state the position of opposing counsel.

4. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's reply is filed and/or due.

IT IS SO ORDERED.

DATED: July 25, 2025 _____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE