Name and address:
Michael King Thomas Tan
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lazaro MALDONADO BAUTISTA; et al., <br><br> Plaintiff(s) <br><br> v. <br><br> Kristi NOEM, Secretary, Department of Homeland Security; et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 5:25-cv-01873-SSS-BFM <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tan, Michael K. T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
*Firm/Agency Name & Address*

415-343-0770   332-220-1702
*Telephone Number*   *Fax Number*

M.Tan@aclu.org
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Lazaro Maldonado Bautista, Ananias Pasqual, Ana Franco Galdamez, and Luiz Alberto De Aquino De Aquino
*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Bitran, Eva L.
*Designee's Name (Last Name, First Name & Middle Initial)*

of AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
*Firm/Agency Name & Address*

302081   909-380-7505   213-915-0219
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ebitran@aclusocal.org
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[X] DENIED:  [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [X] pursuant to L.R. 83-2.1.3.2: [X] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [X] be refunded  [ ] not be refunded.

Dated August 6, 2025

Sunshine S. Sykes, U.S. District Judge