UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01873-SSS-BFM | Date | August 20, 2025 |
| Title | Lazaro Maldonado Bautista et al v. Ernesto Santacruz Jr et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION TO AUGUST 29, 2025 AT 1:00 PM**

On July 28, 2025, this Court granted Petitioners' *ex parte* application for a temporary restraining order ("TRO"). [Dkt. 14]. Based on the Order, Respondents were ordered provide Petitioners with an individualized bond hearing or release Petitioners from detention. [*Id.* at 13]. Furthermore, the Court ordered Respondents to show cause why a preliminary injunction should not issue. [*Id.*]

On August 8, 2025, Respondents filed a response to the Order to Show Cause, providing evidence that Petitioners were all provided with individualized bond hearings and subsequently granted bond. [*See* Dkt. 40]. In doing so, Respondents asserted there existed no live controversy following these hearings. [*Id.* at 5].

Given an unforeseen change in the Court's availability, the Court hereby **CONTINUES** the hearing currently scheduled for August 22, 2025 at 1:00 PM to August 29, 2025 at 1:00 PM. The Court **EXTENDS** the date of the TRO to expire on August 29, 2025. The Court **SETS** this hearing in person on whether a preliminary injunction should issue on **August 29, 2025** in Courtroom 2, on the

2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501.

**IT IS SO ORDERED.**