UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01873-SSS-BFM | Date | August 26, 2025 |
| Title | Lazaro Maldonado Bautista et al v. Ernesto Santacruz Jr et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION TO SEPTEMBER 12, 2025 AT 1:00 PM**

This Court is in receipt of parties' stipulation to continue the hearing on the Preliminary Injunction and Order to Show Cause on August 29, 2025 to September 12, 2025. [Dkt. 50]. The Court hereby **CONTINUES** the hearing currently scheduled for August 29, 2025 at 1:00 PM to September 12, 2025 at 1:00 PM and **EXTENDS** the date of the TRO to expire on September 12, 2025.

The Court **SETS** this hearing in person on whether a preliminary injunction should issue on **September 12, 2025** in Courtroom 2, on the 2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501.

**IT IS SO ORDERED.**