UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Lazaro MALDONADO BAUTISTA, *et al.*,<br><br>   Plaintiffs-Petitioners,<br><br>   v.<br><br>Kristi NOEM, Secretary, Dept. of Homeland Security, *et al.*,<br><br>   Defendants-Respondents. | No. 5:25-cv-01873-SSS-BFM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT** |

The Court, having considered the parties' stipulation and finding good cause therefore, hereby GRANTS the stipulation and ORDERS as follows:

Respondents' deadline to respond to the Amended Complaint is extended to 30 days after the Court rules on the order to show cause [ECF No. 58].

IT IS SO ORDERED.

Dated: OCTOBER 1, 2025

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE