UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 5:25-cv-01873-SSS-BFM    **Date:** October 3, 2025

**Title:** Lazaro Maldonado Bautista, et al., v. Dep't of Homeland Security

===============================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioners: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order Re: Respondent's Motion to Stay (ECF 65)

The Court has received Respondents' Motion to Stay. (ECF 65.) Respondents indicate that Department of Justice attorneys are prohibited from working during the lapse in appropriations. They therefore ask that the case be stayed until funding is restored.

The motion for a stay is **denied**. As Petitioners point out, despite the government shutdown, Immigration and Customs Enforcement continues to remove noncitizens from the community; noncitizens continue to be detained under the policy that is challenged in this case; and immigration courts continue to process cases involving detained respondents. (ECF 67.) Scheduled in the next two weeks are hearings concerning whether the claims presented in the Petition are moot, and if not, whether Petitioners should be permitted to represent a class of individuals detained under the challenged policy and whether summary judgment should be granted in their favor. (ECF 41, 42, 58.) Given that individuals are continuing to be detained subject to the challenged policy, the Court declines to indefinitely stay adjudication of whether such individuals are lawfully detained.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**   5:25-cv-01873-SSS-BFM                **Date:**  October 3, 2025

**Title:**   Lazaro Maldonado Bautista, et al., v. Dep't of Homeland Security

The Court further notes that, pursuant to DOJ contingency policy, where courts deny a request to stay or continue, such an order will "constitute express legal authorization for the activity to continue." U.S. Dep't of Justice FY 2026 Contingency Plan, https://www.justice.gov/jmd/media/1377216/dl. Thus, denying a stay will not deprive Respondents of counsel.

For these reasons, the Motion is **denied.** Such denial is without prejudice to Respondents renewing their Motion should the circumstances of the case change.

**IT IS SO ORDERED.**

cc:   Counsel of Record

Initials of Preparer:   ch