UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 5:25-CV-01873-SSS-BFMx | Date | November 14, 2025 |
|---|---|---|---|
| Title | Lazaro Maldonado Bautista, et al. v. Ernesto Santacruz Jr., et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Noe U. Ponce | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Niels W. Frenzen | Brian Vincent Schaeffer |
| Jean Elizabeth Reisz | Malcolm Ian Douglas McDermond |
| Matt Adams | |
| Michael K. T. Tan | |
| My Khanh Ngo | |

**Proceedings:** **HEARING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [41]; PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [42]; AND ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED AS MOOT**

Counsel state their appearances. The Court hears oral arguments on the Motions and the Order to Show Cause. Upon further conference, the Court takes the matters under submission.

**IT IS SO ORDERED.**

Time: 00:16
00:17
Initials of Preparer: NP