UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01873-SSS-BFM | Date | December 5, 2025 |
| Title | *Lazaro Maldonado Bautista et al v. Ernesto Santacruz Jr et al* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings:** **(IN CHAMBERS) ORDER (1) REQUIRING RESPONSE TO PETITIONERS' EX PARTE APPLICATION FOR RECONSIDERATION OR CLARIFICATION BY DECEMBER 10 AT 12 PM AND (2) DENYING AS MOOT RESPONDENTS' EX PARTE APPLICATION FOR EXTENSION OF TIME [DKT. NOS. 87, 88]**

The Court is in receipt of Petitioners' Ex Parte Application for Reconsideration or Clarification regarding the Court's Order on the Motion for Class Certification. [Dkt. No. 87]. In response to the Application, Respondents filed an Ex Parte Application for Extension of Time. [Dkt. No. 88].

Respondents are to file an Opposition to the Ex Parte Motion for Reconsideration or Clarification by **December 10, 2025, at 12:00 PM** in accordance with the requirement set in Appendix C of the Local Rules. C.D. Cal. R. Appendix C. The Respondents' Application is thus **DENIED AS MOOT**. Upon receipt of the Respondents' Opposition, the Court will determine whether it will be appropriate to schedule a hearing regarding Petitioners' Ex Parte Application.

**IT IS SO ORDERED**.