# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LAZARO MALDONADO BAUTISTA, *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants-Respondents. | Case No. 5:25-cv-01873-SSS-BFM <br><br> **ORDER STAYING DEFENDANTS-RESPONDENTS' ANSWER DEADLINE** |

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that the Defendants-Respondents' January 2, 2026, Answer Deadline is STAYED pending resolution of the appeal. The parties shall file a status report within seven days of the issuance of the mandate; any party may file a request to lift or modify the stay sooner, if appropriate.

Dated: December 31, 2025

HONORABLE BRIANNA MIRCHEFF
UNITED STATES MAGISTRATE JUDGE