UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01873-SSS-BFM | Date | January 16, 2026 |
| Title | Lazaro Maldonado Bautista et al v. Ernesto Santacruz Jr et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
None Present    None Present

**Proceedings:  (IN CHAMBERS) ORDER DETAILING ISSUES FOR HEARING ON JANUARY 22, 2026 AT 2:00 PM [DKT. NO. 100]**

As indicated to the parties by the Court on January 16, 2026, the Court **CONTINUES** the Status Conference to **Thursday, January 22, 2026, at 2:00 PM**. The Status Conference will be held in Courtroom 2, on the 2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501. All parties are required to attend the hearing in person.

The Court expects parties to prepare argument and responses regarding the following issues:

- Whether Petitioners intend to file a Motion to Enforce the Judgment upon the lapsing of the thirty day period pursuant to Federal Rule of Civil Procedure 62(a);

- Whether the pending appeal in *Rodriguez Vazquez v. Bostock*, No. 25-6842 (9th Cir.) will affect resolution of this matter;

- The parties' respective positions as to Respondents' compliance with the Final Judgment issued on December 18, 2025 [Dkt. No. 94];

- The parties' respective positions as to Chief Immigration Judge Teresa L. Riley's nationwide guidance[1] as pertaining to this Court's final judgment in this matter; and

- The parties' respective proposals to the Court as to how Bond Eligible Class members shall be provided with notice pursuant to Federal Rule of Procedure 23(c)(2).

Should parties seek to raise additional issues for argument at the hearing, parties are permitted, but not required to submit written briefings detailing their positions and/or any potential requests to be made in addition to the Joint Status Report filed on January 9, 2026. [*See* Dkt. No. 100]. Any written responses by the parties should be submitted by **January 20, 2026 at 4:00 PM.**

**IT IS SO ORDERED.**

---

[1] The Court refers to the guidance as discussed in the recently published Bloomberg Law article and American Immigration Lawyers Association ("AILA") Practice alert. *See* Megan Crepeau, *Immigration Judge Says Detainee Bond Hearings Not Required*, Bloomberg Law, https://www.bloomberglaw.com/bloomberglawnews/bloomberg-law-news/BNA%200000019bc221d228a1dff6eddfb00001 (Jan. 15, 2026); AILA, *Practice Alert: EOIR Issues Nationwide Guidance on* Maldonado Bautista, https://www.aila.org/library/practice-alert-eoir-issues-nationwide-guidance-on-maldonado-bautista (Jan. 16, 2026).