UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 5:25-cv-01873-SSS-BFM |
| Title | *Lazaro Maldonado Bautista et al v. Ernesto Santacruz Jr et al* |
| Date | February 13, 2026 |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Matt Adams
Niels W. Frenzen
Eva Lucia Bitran

Attorney(s) Present for Defendant(s):
Brian Vincent Schaeffer

**Proceedings:   ZOOM: MOTION TO ENFORCE JUDGMENT [DKT. 107]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the matter under submission. Should the Court need any further briefing, a separate order will be issued.

**IT IS SO ORDERED.**

Time:  01:18
Initials of Preparer: iva