UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**   5:25-cv-01873-SSS-BFM          **Date:**  March 11, 2026

**Title:**   Lazaro Maldonado Bautista, et al., v. Dep't of Homeland Security

================================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

Christianna Howard                          N/A
Deputy Clerk                    Court Reporter / Recorder

Attorneys Present for Petitioners:        Attorneys Present for Respondents:
N/A                                 N/A

**Proceedings:**     **(In Chambers) Order Referring Class Member Notices to Class Counsel**

On March 6, 2026, potential class members Caris Yorleni Gonzalez-Valle (A-Number 240-160-944) and Sereika Savariau (A-Number 240-363-923)[1] filed letters with this Court asking whether they are members of the class certified in this action. (ECF 127-28.)  The Court **refers** these letters to Plaintiffs-Petitioners' Class Counsel.

**IT IS SO ORDERED.**

cc:    Counsel of Record

Initials of Preparer:     ch

---

[1] Per their letters, both individuals appear to be detained in the Baker County Detention Facility in Macclenny, Florida.